AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation<br><br>*Plaintiff(s)*<br>v.<br>SC TOW SERVICE, an entity of unknown form; ELI PERI, an individual; and DOES 1 through 10, Inclusive,<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SC Tow Service                           Eli Peri
                                        2801 Ocean Park Boulevard, #293          15316 Valley Vista Blvd.
                                        Santa Monica, CA                         Sherman Oaks, CA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Adams, Esq.
                                       Rutan & Tucker, LLP
                                       611 Anton Blvd., Fourteenth Floor
                                       Costa Mesa, CA 92626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                        _____
                                              *Signature of Clerk or Deputy Clerk*